FILED
1999 OCT 18 PM 1: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONDRYCK RAPHEL HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-G-1759-S |
| | ) | |
| CITY OF BIRMINGHAM, | ) | |
| CAPTAIN BEN H. KING, | ) | |
| and SERGEANT R. I. DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
OCT 19 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 17, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 18th day of Oct., 1999.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE